NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**ALCON PHARMACEUTICALS LTD. (substituted for Alcon, Inc.) AND ALCON RESEARCH, LTD.,**
*Plaintiffs-Appellees,*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant.*

―――――――――――

2010-1097

―――――――――――

Appeal from the United States District Court for the District of Delaware in No. 06-CV-0234, Judge Sue L. Robinson.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

The parties jointly move to dismiss the present appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2        ALCON PHARMACEUTICALS v. TEVA PHARMACEUTICALS

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: February 25, 2014